IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GEORGE BOURNAZIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17CV00828 |
| | ) | |
| PRABHAVATHI FERNANDES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on a Notice [Doc. #11] that Defendant CEMPRA, INC., has filed a voluntary petition in a Bankruptcy Court which may become dispositive of this litigation.

**IT IS THEREFORE ORDERED** that the Clerk of Court terminate this action administratively in his records; and that any party shall have the right to reopen this case for any purpose on motion and notice to all other parties, without prejudice to the rights of any of the parties, at any time prior to the 90th day after the final termination of the bankruptcy proceedings.

This the 17th day of March, 2020.

                                                      /s/ Joi Elizabeth Peake
                                                    United States Magistrate Judge